NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: PACTIV LLC,**
*Appellant*

---

2015-1457, 2015-1458

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/011,596, 90/011,597.

---

**JUDGMENT**

---

DANIEL SHULMAN, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for appellant. Also represented by JOHN CHRISTOPHER GATZ, Nixon Peabody LLP, Chicago, IL.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, ROBERT J. MCMANUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 16, 2016                  /s/ Daniel E. O'Toole
       Date                    Daniel E. O'Toole
                               Clerk of Court